UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH WOOD,

    Plaintiff,

-against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

Civil Action No. 3:09-CV-1174 (GTS/DEP)

ORDER

Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, has filed a Motion for Admission of Sean K. McMahan, *pro hac vice*,

Accordingly, upon fulfilling the requirements set forth in the Local Rules 83.1 of the Northern District of New York, Sean K. McMahan is hereby accepted for: *Pro Hac Vice* Admission to practice in the United States District Court for the Northern District of New York for the particular case of:

    *Deborah Wood v. The Prudential Insurance Company of America*,
    Civil Action No. 3:09-CV-1174 (GTS/DEP).

IT IS SO ORDERED

Dated:   12/15/09

IT IS SO ORDERED:

_[signature]_
David E. Peebles
U.S. Magistrate Judge
Dated:   12/15/09
    Syracuse, NY

LEGAL02/31618072v1